B27 (Official Form 27) (12/09)

# UNITED STATES BANKRUPTCY COURT

_Stephen Brooks_

Northern _____ District of _Alabama_

In re _Judy Brooks_
_____ Debtor

Case No. _13-41177_
Chapter _7_

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1.    Creditor's Name: _UNITED CONSUMER FINANCIAL SERV - UCFS  KIRBY CLEANING SYSTEM_

2.    Amount of the debt subject to this reaffirmation agreement:
      $ _1,573.99_ on the date of bankruptcy    $_1,573.99_ to be paid under reaffirmation agreement

3.    Annual percentage rate of interest: _____% prior to bankruptcy
      _0_ % under reaffirmation agreement ( _✓_ Fixed Rate _____ Adjustable Rate)

4.    Repayment terms (if fixed rate): $ _50.00_ per month for _32_ months

5.    Collateral, if any, securing the debt: Current market value: $ _1573.99_
      Description: _KIRBY CLEANING SYSTEM_

6.    Does the creditor assert that the debt is nondischargeable? ___Yes ✓ No
(If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

Debtor's Schedule I and J Entries

Debtor's Income and Expenses
as Stated on Reaffirmation Agreement

7A.   Total monthly income from $ _2186.00_
      Schedule I, line 16

7B.   Monthly income from all $ _2186.00_
      sources after payroll deductions

8A.   Total monthly expenses $ _2553.00_
      from Schedule J, line 18

8B.   Monthly expenses $ _2553.00_

9A.   Total monthly payments on $ _0.00_
      reaffirmed debts not listed on
      Schedule J

9B.   Total monthly payments on $ _0.00_
      reaffirmed debts not included in
      monthly expenses

10B.  Net monthly income [ $ _-367.00_ ]
      (Subtract sum of lines 8B and 9B from
      line 7B. If total is less than zero, put the
      number in brackets.)

Printed with FinePrint trial version purchase at www.fineprint.com

11.    Explain with specificity any difference between the income amounts (7A and 7B):

_____ *N/A* _____

12.    Explain with specificity any difference between the expense amounts (8A and 8B):

_____ *N/A* _____

If line 11 or 12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

_____        _____
Signature of Debtor (only required if              Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)                            required if line 11 or 12 is completed)

Other Information

☒    Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt: *Debtor is receiving a chapter 7 discharge and had numerous medical bills and other unsecured debt. Debtor is confident that she will be able to make her payments after the discharge.*

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
☒_____ Yes            _____ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
☒_____ Yes            _____ No

**FILER'S CERTIFICATION**

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

_____
Signature

_Jennifer Pursley_
Print/Type Name & Signer's Relation to Case

Printed with FinePrint trial version - purchase at www.fineprint.com

B2lJA (Form B2lJA)(04/10)

Check one.
☒ Presumption of Undue Hardship
☐ No Presumption of Undue Hardship
*See Debtor's Statement in Support of Reaffirmation,
Part II below, to determine which box to check.*

# UNITED STATES BANKRUPTCY COURT

_____ Northern _____ District of _ Alabama ____

In re __Stephen Brooks__
__Judy Brooks_____,
*Debtor*

Case No. 13-41177 _____

Chapter 7 _____

## REAFFIRMATION DOCUMENTS

**Name of Creditor:**  UNITED CONSUMER FINANCIAL SERV - UCFS  KIRBY CLEANING SYST

☐ Check this box if Creditor is a Credit Union

## PART I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision.  Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this form.**

A. Brief description of the original agreement being reaffirmed: _____ Secured revolving account _____

*For example, auto loan*

B. *AMOUNT REAFFIRMED*:      $ _____ 1573.99 _____

The Amount Reaffirmed is the entire amount that you are agreeing to pay.  This may include unpaid principal, interest, and fees and costs (if any) arising on or before _____, which is the date of the Disclosure Statement portion of this form (Part V).

*See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C. The *ANNUAL PERCENTAGE RATE* applicable to the Amount Reaffirmed is _____ 0 ___ %.

*See definition of "Annual Percentage Rate" in Part V, Section C below.*

This is a *(check one)* ☑ Fixed rate          ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

D. Reaffirmation Agreement Repayment Terms *(check and complete one)*:

☑   $ __50.00__ per month for __32__ months starting on __2/20/13__.

☐   Describe repayment terms, including whether future payment amount(s) may be different from
the initial payment amount.

_____

_____

_____

E. Describe the collateral, if any, securing the debt:

Description:                                KIRBY CLEANING SYSTEM
Current Market Value              $ _____1573.99__

F. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

☑   Yes.  What was the purchase price for the collateral?         1600
                                                                             $ _____

☐   No.   What was the amount of the original loan?               $ _____

G. Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed
debt and any related agreement:

|   | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due *(including fees and costs)* | $ 1,573.99 | $ 1573.99 |
| Annual Percentage Rate | _____ % | 0 % |
| Monthly Payment | $ _____ | $ 50.00 |

H. ☐  Check this box if the creditor is agreeing to provide you with additional future credit in connection with
this Reaffirmation Agreement.  Describe the credit limit, the Annual Percentage Rate that applies to
future credit and any other terms on future purchases and advances using such credit:

_____

_____

## PART II.   DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A. Were you represented by an attorney during the course of negotiating this agreement?

Check one.   ☑ Yes          ☐ No

B. Is the creditor a credit union?

Check one.   ☐ Yes          ☑ No

Printed with FinePrint trial version purchase at www.fineprint.com

C. If your answer to EITHER question A. or B. above is "No," complete 1. and 2. below.

1.  Your present monthly income and expenses are:

    a. Monthly income from all sources after payroll deductions
    (take-home pay plus any other income)                          $ 2186.00

    b. Monthly expenses (including all reaffirmed debts except
    this one)                                                      $ 2553.00

    c. Amount available to pay this reaffirmed debt (subtract b. from a.)   $ -367.00

    d. Amount of monthly payment required for this reaffirmed debt    $ 50.00

    *If the monthly payment on this reaffirmed debt (line d.) is greater than the amount you have available to
    pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption
    of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No
    Presumption of Undue Hardship."*

2.  You believe that this reaffirmation agreement will not impose an undue hardship on you or your
    dependents because:

    Check one of the two statements below, if applicable:

    ☐   You can afford to make the payments on the reaffirmed debt because your monthly income is
        greater than your monthly expenses even after you include in your expenses the monthly
        payments on all debts you are reaffirming, including this one.

    ☒   You can afford to make the payments on the reaffirmed debt even though your monthly income
        is less than your monthly expenses after you include in your expenses the monthly payments on
        all debts you are reaffirming, including this one, because: Debtor will be receiving a Ch. 7 discharge & is confident
        that after receiving discharge, she will be able to make
        the payments after her unsecured debt is discharged.

    Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following
statement, if applicable:

    ☒   You believe this Reaffirmation Agreement is in your financial interest and you can afford to
        make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

Printed with FinePrint trial version purchased at Page 5 of 11 printed.com     Case 13-11741    Doc 40-1    Filed 09/09/13    Entered 09/09/13 15:59:17    Desc Main
                                    Document     Page 5 of 11

BK 10A Reaffirmation Documents                                                    Page 4

## PART III.  CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

(1)    I agree to reaffirm the debt described above.

(2)    Before signing this Reaffirmation Agreement, I read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

(3)    The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

(4)    I am entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and

(5)    I have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date _____        Signature _Judy Darlene Brooks_
                                          *Debtor*

Date _____        Signature _____
                                          *Joint Debtor, if any*


**Reaffirmation Agreement Terms Accepted by Creditor:**

Creditor ___UNITED CONSUMER FINANCIAL SERV - UCFS_   _% Bass & Associates, PC, 3936 E Ft Lowell Rd Ste 200_
              *Print Name*                              _Tucson AZ 85712_
                                                              *Address*

_Jennifer Pursley_                  _[signature]_              _9/9/13_
*Print Name of Representative*            *Signature*            *Date*


## PART IV.  CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☑ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date _8/20/13_    Signature of Debtor's Attorney _____

                  Print Name of Debtor's Attorney _Jane Arnold_

Printed with FinePrint trial version - purchase at www.fineprint.com

## PART V.  DISCLOSURE STATEMENT AND INSTRUCTIONS TO DEBTOR(S)

**Before agreeing to reaffirm a debt, review the terms disclosed in the Reaffirmation Agreement (Part I above) and these additional important disclosures and instructions.**

**Reaffirming a debt is a serious financial decision.** The law requires you to take certain steps to make sure the decision is in your best interest. If these steps, which are detailed in the Instructions provided in Part V, Section B below, are not completed, the Reaffirmation Agreement is not effective, even though you have signed it.

### A.    DISCLOSURE STATEMENT

1.    **What are your obligations if you reaffirm a debt?**  A reaffirmed debt remains your personal legal obligation to pay.  Your reaffirmed debt is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages.  Your obligations will be determined by the Reaffirmation Agreement, which may have changed the terms of the original agreement. If you are reaffirming an open end credit agreement, that agreement or applicable law may permit the creditor to change the terms of that agreement in the future under certain conditions.

2.    **Are you required to enter into a reaffirmation agreement by any law?**  No, you are not required to reaffirm a debt by any law.  Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments that you agree to make.

3.    **What if your creditor has a security interest or lien?**  Your bankruptcy discharge does not eliminate any lien on your property.  A "lien" is often referred to as a security interest, deed of trust, mortgage, or security deed.  The property subject to a lien is often referred to as collateral.  Even if you do not reaffirm and your personal liability on the debt is discharged, your creditor may still have a right under the lien to take the collateral if you do not pay or default on the debt.  If the collateral is personal property that is exempt or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt.  To redeem, you make a single payment to the creditor equal to the current value of the collateral, as the parties agree or the court determines.

4.    **How soon do you need to enter into and file a reaffirmation agreement?**  If you decide to enter into a reaffirmation agreement, you must do so before you receive your discharge.  After you have entered into a reaffirmation agreement and all parts of this form that require a signature have been signed, either you or the creditor should file it as soon as possible.  The signed agreement must be filed with the court no later than 60 days after the first date set for the meeting of creditors, so that the court will have time to schedule a hearing to approve the agreement if approval is required.  However, the court may extend the time for filing, even after the 60-day period has ended.

5.    **Can you cancel the agreement?**  You may rescind (cancel) your Reaffirmation Agreement at any time before the bankruptcy court enters your discharge, or during the 60-day period that begins on the date your Reaffirmation Agreement is filed with the court, whichever occurs later.  To rescind (cancel) your Reaffirmation Agreement, you must notify the creditor that your Reaffirmation Agreement is rescinded (or canceled).  Remember that you can rescind the agreement, even if the court approves it, as long as you rescind within the time allowed.

6.    **When will this Reaffirmation Agreement be effective?**

   a. **If you** *were* **represented by an attorney during the negotiation of your Reaffirmation Agreement and**

   i. **if the creditor is not a Credit Union**, your Reaffirmation Agreement becomes effective when it is filed with the court unless the reaffirmation is presumed to be an undue hardship. If the Reaffirmation Agreement is presumed to be an undue hardship, the court must review it and may set a hearing to determine whether you have rebutted the presumption of undue hardship.

   ii. **if the creditor is a Credit Union**, your Reaffirmation Agreement becomes effective when it is filed with the court.

   b. **If you** *were* *not* **represented by an attorney during the negotiation of your Reaffirmation Agreement**, the Reaffirmation Agreement will not be effective unless the court approves it. To have the court approve your agreement, you must file a motion. See Instruction 5, below. The court will notify you and the creditor of the hearing on your Reaffirmation Agreement. You must attend this hearing, at which time the judge will review your Reaffirmation Agreement. If the judge decides that the Reaffirmation Agreement is in your best interest, the agreement will be approved and will become effective. However, if your Reaffirmation Agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home, you do not need to file a motion or get court approval of your Reaffirmation Agreement.

7.    **What if you have questions about what a creditor can do?** If you have questions about reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement. If you do not have an attorney helping you, you may ask the judge to explain the effect of this agreement to you at the hearing to approve the Reaffirmation Agreement. When this disclosure refers to what a creditor "may" do, it is not giving any creditor permission to do anything. The word "may" is used to tell you what might occur if the law permits the creditor to take the action.

B.   **INSTRUCTIONS**

1.    Review these Disclosures and carefully consider your decision to reaffirm. If you want to reaffirm, review and complete the information contained in the Reaffirmation Agreement (Part I above). If your case is a joint case, both spouses must sign the agreement if both are reaffirming the debt.

2.    Complete the Debtor's Statement in Support of Reaffirmation Agreement (Part II above). Be sure that you can afford to make the payments that you are agreeing to make and that you have received a copy of the Disclosure Statement and a completed and signed Reaffirmation Agreement.

3.    If you were represented by an attorney during the negotiation of your Reaffirmation Agreement, your attorney must sign and date the Certification By Debtor's Attorney (Part IV above).

4.    You or your creditor must file with the court the original of this Reaffirmation Documents packet and a completed Reaffirmation Agreement Cover Sheet (Official Bankruptcy Form 27).

5.    *If you are not represented by an attorney, you must also complete and file with the court a separate document entitled "Motion for Court Approval of Reaffirmation Agreement" unless your Reaffirmation Agreement is for a consumer debt secured by a lien on your real property, such as your home.* You can use Form B240B to do this.

## C.    DEFINITIONS

1.  **"Amount Reaffirmed"** means the total amount of debt that you are agreeing to pay (reaffirm) by entering into this agreement.  The total amount of debt includes any unpaid fees and costs that you are agreeing to pay that arose on or before the date of disclosure, which is the date specified in the Reaffirmation Agreement (Part I, Section B above).  Your credit agreement may obligate you to pay additional amounts that arise after the date of this disclosure.  You should consult your credit agreement to determine whether you are obligated to pay additional amounts that may arise after the date of this disclosure.

2.  **"Annual Percentage Rate"** means the interest rate on a loan expressed under the rules required by federal law.  The annual percentage rate (as opposed to the "stated interest rate") tells you the full cost of your credit including many of the creditor's fees and charges.  You will find the annual percentage rate for your original agreement on the disclosure statement that was given to you when the loan papers were signed or on the monthly statements sent to you for an open end credit account such as a credit card.

3.  "**Credit Union**" means a financial institution as defined in 12 U.S.C. § 461(b)(1)(A)(iv). It is owned and controlled by and provides financial services to its members and typically uses words like "Credit Union" or initials like "C.U." or "F.C.U." in its name.

KENNEY & ASSOCIATES, LLC #7513

2905 BOB WALLACE AVE STE. 1

HUNTSVILLE AL 35805

This contract covers your installment purchase from us of the following property.

**PROPERTY**

MODEL Scenario II     Price $ 1,400

Buyer: Judy Brooks

Serial No.

☑ Air ☑ Roller
☑ Shampoo ☑ Uprights

Address: Ashville ALABAMA 35953

Selling Price $ 1,400
Sales Tax $ 128

Customer: We've written this Contract in simple language to help you understand its terms. Please read your Contract carefully and feel free to ask us any questions. The words "you" and "your" mean the Buyer(s). The words "we," "us" and "our" mean the Seller shown above or any Holder of this Contract.

ITEMIZATION OF AMOUNT FINANCED
1. CASH PRICE (TOTAL of all property above) $ 1,528
2. CASH DOWNPAYMENT $ 200
3. TRADE-IN $ -0-
4. TOTAL DOWNPAYMENT (Item 2 plus 3) $ 200
5. UNPAID BALANCE/AMOUNT FINANCED (Item 1 less 4) $ 1,528

UNITED CONSUMER FINANCIAL SERVICES COMPANY
Sale is subject to credit approval.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The property above is purchased for use primarily for personal, family or household purposes unless another purpose is noted.

| Box 1 Amount Financed The amount of credit provided to you or on your behalf | Box 2 FINANCE CHARGE The dollar amount the credit will cost you. | Box 3 ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | Box 4 Total of Payments The amount you will have paid after you have made all scheduled payments. | Box 5 Total Sale Price The total cost of your purchase on credit, including your downpayment of $ 1.00 |
|---|---|---|---|---|
| $ 1,528 | $ 570.80 | 21.95% | $ 2,098.80 | $ 2,298.80 |

**Payment Schedule - Payments are due monthly**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 36 | $ 58.30 | Starting 5/4/13 |

The first installment is due one month from the date of this Contract unless otherwise specified.

Prepayment: If you pay off early, you may be entitled to a refund of a part of the Finance Charge.

Security: You are giving a security interest in the goods or property being purchased.

Late Charge: If any payment is more than 10 calendar days late, you agree to pay a late charge of $18.00 or 5% of the amount of the scheduled payment in default, whichever is greater, not to exceed $100.00.

See the reverse side of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

READ ALL OF THE CONTRACTUAL TERMS ON THE REVERSE SIDE. SUCH TERMS ARE A PART OF THIS CONTRACT AS IF SET FORTH AT THIS POINT.

YOU ACKNOWLEDGE RECEIPT OF DUPLICATE COPIES OF THIS RETAIL INSTALLMENT CONTRACT, AND HAVE RECEIVED ORAL NOTICE OF YOUR CANCELLATION RIGHTS.

CAUTION - IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

BUYER #1 SIGNATURE _Judy Brooks_ DATE 3/14/13 SELLER Stephen Brooks

BUYER #2 SIGNATURE _Judy Brooks_

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT.

NOTICE OF CANCELLATION _3/14/13_ (Date)

You may CANCEL this transaction, without any Penalty or Obligation, within THREE BUSINESS DAYS from the above date.

If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within TEN DAYS following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be cancelled.

If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this contract or sale; or you may, if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your Notice of Cancellation, you may retain or dispose of the goods without any further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract.

To cancel this transaction, mail or deliver a signed and dated copy of this Cancellation Notice or any other written notice, or send a telegram to

KENNEY & ASSOCIATES, LLC (Name of Seller) at ADDRESS 2905 BOB WALLACE AVE STE. 1

City HUNTSVILLE State AL Zip 35805 NOT LATER THAN MIDNIGHT OF 3/18/13

I HEREBY CANCEL THIS TRANSACTION

_____ (Buyer's Signature)

361-AL (03/12) © 1994 - 2012 United Consumer Financial Services Company. All rights reserved.

MAR-18-2013 MON 09:17 AM

CREDIT APPLICATION - UNITED CONSUMER FINANCIAL SERVICES  UC-3 #

**TYPE OF CREDIT REQUESTED**
(CHECK APPROPRIATE BOX)

JOINT WITH ANOTHER PERSON - COMPLETE BOTH BUYER INFORMATION SECTIONS
INDIVIDUAL - IN YOUR OWN NAME, RELYING ON YOUR OWN INCOME

## BUYER #1 INFORMATION

City/State: Rehville AL

Buying / Renting / Owns / Other (Buying circled)

HOME PHONE & AREA CODE: 8738

SOCIAL SECURITY NUMBER: 586 ___ 0

## BUYER #2 INFORMATION

First Name: Stephen    Last Name: Brooks    Emp/Other Source of Income: Disabled

Address: Same as above

Social Security #: 709___    No Gross Pay: $1,255

Drivers License # or ID: 8709

## REFERENCES / ACCT, PHONE & ADDRESS OF REFERENCE / MO. PMT. / PRES BAL.

| | | | MO. PMT. | PRES BAL. |
|---|---|---|---|---|
| (LANDLORD OR MORTGAGE HOLDER) | $ | | $ 400. | $ |
| 1) CREDIT REFERENCE | | | $ | $ |
| 2) CREDIT REFERENCE | | | $ | $ |

NAME & ADDRESS OF RELATIVE NOT LIVING WITH YOU: Alisha Quirley
Korea Taylor    RELATIVE'S PHONE: 6532    705

TO THE BEST OF MY KNOWLEDGE, ALL OF THE INFORMATION ON THIS CREDIT APPLICATION IS COMPLETE AND ACCURATE. I AUTHORIZE THE SELLER OR ANY ASSIGNEE (INCLUDING, BUT NOT LIMITED TO, UNITED CONSUMER FINANCIAL SERVICES) TO MAKE WHATEVER INQUIRIES THEY DEEM NECESSARY TO EVALUATE MY CREDIT AND IF THEY EXTEND CREDIT TO COLLECT, SKIP TRACE OR SERVICE MY ACCOUNT. I EXPRESSLY AUTHORIZE ANY THIRD PARTY (I.E., CREDIT REPORTING AGENCY, CREDITOR, BANK OR FINANCIAL INSTITUTION, EMPLOYER, LANDLORD, ETC.) TO RELEASE WHATEVER INFORMATION IS REQUESTED CONCERNING ME THAT THE SELLER OR ITS ASSIGNEE MAY REQUEST FOR THESE PURPOSES. IF A CREDIT REPORT IS OBTAINED BY AN ASSIGNEE, I AUTHORIZE THE ASSIGNEE TO SHARE INFORMATION IN THAT REPORT WITH THE SELLER.

SEE THE REVERSE SIDE FOR ANY REQUIRED LEGAL NOTIFICATIONS.

BUYER #1 SIGNATURE: ___    DATE: 3/14/13    BUYER #2 SIGNATURE: ___    DATE: 3/14/13

BEST TIME OF DAY TO CONTACT BUYER AT HOME: ___   AM/PM   OK TO VERIFY AT WORK?  YES  NO

## AUTHORIZATION FOR PREAUTHORIZED PAYMENTS
(See preauthorized debit information/instructions on reverse side)

UCFS ACCOUNT NO: 4570

Sign here if you authorize United Consumer Financial Services (UCFS) to begin _____ (total # of pmts) monthly electronic funds transfers (EFT Debits) of equal amounts to automatically make all payments required under the credit obligation associated with this _____ _____ (monthly pmt amt). Please attach a _____

JUDY DARLINE BROOKS
TREETOP LN
MILLIE, AL 36000

599

PAY to the order of ___    VOID   $ ___

3/14/13

Total institution have received Bank/Financial Institution's fee