UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

IN RE:                                )
JUDY DARLENE BROOKS,    )    CASE NUMBER: 13-41177-JJR7
         DEBTOR.                 )

NOTICE OF RESCISSSION OF REAFFIRMATION AGREEMENT

COMES NOW, the Debtor, JUDY DARLENE BROOKS, by and through the undersigned counsel of record, and submits to this Honorable Court the following:

1. That a Reaffirmation Agreement on a KIRBY VACUUM CLEANING SYSTEM was filed by the creditor UNITED CONSUMER FINANCIAL SERVIVES on or about September 9, 2013;

2. That the Debtor gives UNITED CONSUMER FINANCIAL SERVICES and this Honorable Court Notice of Rescission concerning said Reaffirmation Agreement.

Respectfully submitted this 16th day of September.

/s/ Jared B. Arnold
Jared B. Arnold
Attorney for Debtor
2109 7th Ave. North
Suite #2
Pell City, AL 35125
205-338-6565

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document has been served upon the following: UNITED CONSUMER FINANCIAL SERVICES, P.O. Box 856290 Louisville, Kentucky 40285 and all other parties involved via regular United States Mail, postage prepaid, in accordance with Rule 5 on this the 16th day of September, 2013.

/s/ Jared B. Arnold
2109 7th Ave. N.
Suite #2
Pell City, AL 35125